UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

YOLANDA DELGADO,

    Plaintiff,

v.                                              Case No.:  6:23-cv-1288-RBD-NWH

THE EVANGELICAL LUTHERAN
GOOD SAMARITAN SOCIETY and
SANFORD GROUP,

    Defendants.
_____

### ORDER

This cause came on for consideration without oral argument on the following:

| | |
|---|---|
| **MOTION:** | Motion for Permission to Appeal *in Forma Pauperis* (Doc. 88) |
| **FILED:** | September 8, 2025 |
| **THEREON** it is **ORDERED** that the motion is **DENIED as moot**. | |

Plaintiff Yolanda Delgado has timely filed a Notice of Appeal (Doc. 81) in this action, following the Court's Order granting Defendants The Evangelical Lutheran Good Samaritan Society and Sanford Group's motions for summary judgment (Doc. 78) and the Clerk's entry of judgment for Defendants and against Plaintiff. (Doc. 79). Plaintiff has also filed a Motion for Permission to Appeal *in Forma Pauperis* (Doc. 88, "Motion"); however, the Motion appears to be unnecessary.

Generally speaking, Federal Rule of Appellate Procedure 24 provides that a party "who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P. 24(a)(1). But this requirement does not apply to a party who was already granted leave to proceed *in forma pauperis* in the district court:

> A party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization, unless . . . the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis[.]

Fed. R. App. P. 24(a)(3).

Plaintiff was granted leave to proceed *in forma pauperis* in this Court. (Doc. 8), and the Court has neither certified that Plaintiff's appeal is not taken in good faith, nor found that Plaintiff is not otherwise entitled to proceed *in forma pauperis*. To the contrary, Plaintiff's Affidavit confirms that she remains unable to pay court costs and fees. (*See* Doc. 88 at 4-9). Accordingly, Plaintiff's Motion for Permission to Appeal *in Forma Pauperis* is superfluous and thus **DENIED as moot**. *See Ajjahnon v. AmeriLife of N.C., LLC*, No. 6:22-cv-329-JSS-LHP, 2024 WL 5264685, at *1 (M.D. Fla. Nov. 25, 2024) (collecting cases).

**DONE** and **ORDERED** in Orlando, Florida on September 19, 2025.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties